Joseph A. Rohner IV, OSB No. 064919
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
121 S.W. Salmon St., Suite 1100
Portland, OR 97204
Email: jrohner@afrct.com
*Attorneys for Defendants Wells Fargo Bank, N.A.,*
*Mortgage Electronic Registration Systems, Inc. and*
*Ginnie Mae Remic Trust 2003-051*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| HOPE GALAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MORTGAGE MARKET INC., WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AND GINNIE MAE REMIC TRUST 2003-051,<br><br>　　　　　　　Defendant. | Case No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

　　　　Pursuant to Fed. R. Civ. P. 7.1(a), Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through its counsel of record herein, makes the following disclosures:

　　　　MERS is a wholly owned subsidiary of MERSCORP Holdings, Inc. MERSCORP Holdings, Inc. is owned by Maroon Holding, LLC. Intercontinental Exchange, Inc. is the only publicly-held corporation that individually owns 10% or more of Maroon Holding, LLC.

DATED this 7th day of February, 2018.

          /s/ Joseph A. Rohner IV
          Joseph A. Rohner IV, OSB No. 064919
          ANGLIN FLEWELLING RASMUSSEN
          CAMPBELL & TRYTTEN LLP
          121 S.W. Salmon St., Suite 1100
          Portland, OR 97204
          Telephone: 503-471-1384
          Fax:  503-47-11401
          E-Mail: jrohner@afrct.com
          *Attorneys for Defendants Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc. and Ginnie Mae Remic Trust 2003-051*

## CERTIFICATE OF SERVICE

I hereby certify that on 7th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

I further certify that on the 7th day of February, 2018, I caused the foregoing to be delivered to the following non-ECF participant in the manner indicated below:

| | |
|---|---|
| Hope Galan<br>815 N.W. 9th Street<br>Redmond, OR 97756<br>*Pro Se Plaintiff* | [X] By United States Mail<br>[ ] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] by email: |

DATED this 7th day of February, 2018, at Seattle, Washington.

*/s/ Tamorah Burt*
Tamorah Burt, Legal Assistant
AFRCT, LLP